Kenneth N. Russak (State Bar No. 107283)
krussak@frandzel.com
Laine Mervis (State Bar No. 223235)
lmervis@frandzel.com
Michael J. Gomez (State Bar No. 251571)
mgomez@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Bank of America, N.A.,
successor by merger to Countrywide Bank, FSB

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>BROCKMAN BUILDING LOFTS, LLC,<br><br>Debtor. | CASE No. 1:09-13713-KT<br><br>Chapter 7<br><br>Hon. Kathleen Thompson<br><br>**DECLARATION OF LOREN R. GORDON IN SUPPORT OF BANK OF AMERICA, N.A.'S:**<br><br>**(1) JOINDER IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO ASSUME AND ASSIGN PARKING LOT LEASE;**<br><br>**(2) REPLY TO OPPOSITION OF LESSOR THERMO GRAND AVENUE, LLC**<br><br>DATE: October 13, 2009<br>TIME: 11:00 a.m.<br>CTRM: 301 |

I, Loren R. Gordon, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am associated with Frandzel Robins Bloom & Csato L.C., attorneys of record for Bank of America, N.A. successor by merger to Countrywide Bank, FSB. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of BANK OF AMERICA, N.A.'S: (1) JOINDER IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO ASSUME AND ASSIGN PARKING LOT LEASE; and (2) REPLY TO OPPOSITION OF LESSOR THERMO GRAND AVENUE, LLC.

2. As outside counsel for Bank of America, N.A.'s predecessor-in-interest, Countrywide Bank, FSB ("Countrywide"), I assisted in documenting Countrywide's loan ("Loan") to the Brockman Building Lofts, LLC (the "Borrower") around April to May 2007. As part of the loan transaction, Countrywide requested the Borrower assign its rights under that certain lease agreement dated December 4, 2003 (the "subject lease") as security for the loan. Countrywide wished to encumber the subject lease in order to enhance its secured position.

3. I am informed and believe that Countrywide sought the consent of the Borrower's landlord ("Thermo Grand") to the encumbrance. I am informed and believe that the Borrower presented Countrywide with a letter dated February, 7, 2006 executed by Thermo Grand's principal, Sonny Astani ("Astani") and counter-signed by the Borrower, which letter provides, in pertinent part, that Thermo Grand and the Borrower agreed to work in good faith and exercise reasonable discretion to formally modify and amend the subject lease so that Thermo Grand's written consent would not be required for any assignment of the subject lease in connection with the financing of the "Brockman Parcel." A true and correct copy of the February 7, 2006 letter is attached as Ex. 9

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

4. I prepared a written form of consent to document the consent of Thermo Grand to the encumbrance of the subject lease in favor of Countrywide. After distributing the form to the Borrower for execution by Thermo Grand, I did not receive a prompt response from the Borrower or Thermo Grand.

5. On or about May 1, 2007, I spoke with Harvey L. Rochman by telephone, whom I was informed and believed to be the attorney for Astani. At no time during our discussion did Rochman say, suggest or otherwise convey that the subject lease had been terminated. Rochman simply informed me that Astani was out of the country. Rochman further informed me that while he could not commit his client to any specific position, he told me to not interpret the inaction as Astani being opposed to signing the consent form.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 6, 2009, at Los Angeles, California.

_____
Loren R. Gordon

**Exhibit 9**

```
.................. ....  .. . ..    .....
.. .... .. ..... ...  ... ... ... ....        HPG MANAGEMENT              → HARVEY              ☒ 003
```

**THERMO GRAND AVENUE, LLC**
9595 Wilshire Boulevard, Suite 1010
Beverly Hills, California 90212
(310) 273-2999

February 7, 2006

VIA FACSIMILE AND OVERNIGHT MAIL

Rubin Turner, Esq.
8383 Wilshire Blvd., Suite 510
Beverly Hills, California 9021

Re:   Lease Agreement ("Lease") dated as of December 4, 2003 by and between
      Thermo Grand Avenue, L.L.C., a Colorado limited liability company
      ("Lessor"), and Brockman Building Lofts, L.L.C., a California limited
      liability company ("Lessee")

Dear Rubin:

This letter shall serve as confirmation that Lessor and Lessee have agreed to work in good faith and exercise reasonable discretion to formally modify and amend the Lease in the manner set forth herein. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Lease.

Notwithstanding the provisions of Section 11.1, Lessor and Lessee shall modify and amend the Lease to provide that Lessee shall have the right to assign, transfer, mortgage or otherwise encumber Lessee's interest in the Lease and the Premises as part of Lessee's financing of the Brockman Parcel without the necessity of first obtaining Lessor's written consent. Lessee and Lessor agree that the formal documentation that accomplishes the foregoing modification and amendment shall specifically provide that any party that acquires an interest in Lessee's interest in the Lease and the Premises shall only be entitled to use and enjoy such interest and the right of Lessee pursuant to the Lease in conjunction with and as part of its use and enjoyment of the Brockman Parcel.

In addition to the foregoing, Lessor and Lessee agree to use commercially reasonable efforts to obtain from its lender with respect to the Premises a subordination and non-disturbance agreement in accordance with Section 20 of the Lease.

Thermo Grand Avenue, L.L.C.,
a Colorado limited liability company

By: _____
Print Name:  SONNY ASTANI

The foregoing and above modification and amendment of the subject Lease is hereby accepted, acknowledged and approved.

                                    BROCKMAN BUILDING LOFTS, LLC,
                                    a California limited liability company

                                    By: _____