Robbin L. Itkin, Esq., CA Bar # 117105
Katherine C. Piper, Esq., CA Bar # 222828
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Phone: (310) 734-3200
Fax:     (310) 734-3300
Email: ritkin@steptoe.com
Email: kpiper@steptoe.com

*Attorneys for BHFC Operating, LLC*

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO DIVISION

| | |
|---|---|
| In re:<br><br>BROCKMAN BUILDING LOFTS, LLC,<br>a California limited liability company<br><br>          Debtor. | Case No.: 1:09-13713-KT<br><br>Chapter 7<br><br>**BHFC OPERATING, LLC'S JOINDER IN SUPPORT OF:**<br><br>**(I) MOTION OF TRUSTEE FOR ORDER: (1) AUTHORIZING TRUSTEE TO ASSUME AND ASSIGN PARKING LOT LEASE AND WAIVING 10-DAY STAY PERIOD UNDER FED.R.BANKR.P. 6006(d); OR (2) IN THE ALTERNATIVE, EXTENDING TIME TO ASSUME AND ASSIGN PARKING LOT LEASE; AND**<br><br>**(II) THE REPLIES OF TRUSTEE AND BANK OF AMERICA, N.A. TO THE OPPOSITION OF THERMO GRAND AVENUE, LLC**<br><br>Date:       October 13, 2009<br>Time:      11:00 a.m.<br>Place:     Courtroom "301"<br>             21041 Burbank Blvd.<br>             Woodland Hills, CA |

BHFC Operating, LLC, a creditor of Brockman Building Lofts, LLC in an amount of at least $747,043.35, and currently the only tenant in the Brockman building located at 520 West Seventh Street, Los Angeles, CA, hereby joins in the (I) Motion of Trustee for Order (1) Authorizing Trustee to Assume and Assign Parking Lot Lease and Waiving 10-Day Stay Period Under Fed.R.Bankr.P. 6006(d); or (2) in the Alternative, Extending Time to Assume and Assign Parking Lot Lease and (II) the Replies of the Trustee and Bank of America, N.A. to the Opposition of Thermo Grand Avenue, LLC.

Respectfully submitted,

Dated: October 7, 2009

 */s/ Robbin L. Itkin*
Robbin L. Itkin, Esq.
Katherine C. Piper, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067

*Attorneys for BHFC Operating, LLC*

DOC. # CC-213990 V.1

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  _____  /s/ Aja N. Clark
*Date*                    *Type Name*              *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re: BROCKMAN BUILDING LOFTS, LLC<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 09-13713 |
|---|---|

**<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):**

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov

Chapter 7 Trustee, Amy L. Goldman: stern@lbbslaw.com; agoldman@ecf.epiqsystems.com

Attorneys for Trustee, Robert A. Hessling, Matthew F. Kennedy: rhessling@dgdk.com; mkennedy@dgdk.com

Attorneys for Debtor, Evan D. Smiley: esmiley@wgllp.com

Attorneys for Official Creditor's Committee for Norman J. Salter, Mette H. Kurth: kurth.mette@arentfox.com

Attorneys for Thermo Grand Avenue, LLC, Carl L. Grumer: cgrumer@manatt.com

Attorneys for Bank of America, N.A., Kenneth N. Russak: krussak@frandzel.com; efiling@frandzel.com; banderson@frandzel.com

II. TO BE SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 305
Woodland Hills, CA 91367-6606
(Via U.S. Mail)