1  Kenneth N. Russak (State Bar No. 107283)
   Laine Mervis (State Bar No. 223235)
2  Michael J. Gomez (State Bar No. 251571)
   FRANDZEL ROBINS BLOOM & CSATO, L.C.
3  6500 Wilshire Boulevard
   Seventeenth Floor
4  Los Angeles, California  90048-4920
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Bank of America, N.A.,
   successor by merger to Countrywide Bank, FSB
7

8

9                  UNITED STATES BANKRUPTCY COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                 SAN FERNANDO VALLEY DIVISION

12  In re                              CASE No. 1:09-13713-KT

13  BROCKMAN BUILDING LOFTS, LLC,      Chapter 7

14         Debtor.                     Hon. Kathleen Thompson

15                                     **ERRATA TO BANK OF AMERICA,
                                       N.A.'S:**
16
                                       **(1) JOINDER IN SUPPORT OF CHAPTER
17                                     7 TRUSTEE'S MOTION TO ASSUME
                                       AND ASSIGN PARKING LOT LEASE;**
18
                                       **(2) REPLY TO OPPOSITION OF LESSOR
19                                     THERMO GRAND AVENUE, LLC**

20
                                       DATE:   October 13, 2009
21                                     TIME:   11:00 a.m.
                                       CTRM:   301
22

23

24

25

26

27

28

635660.1                              1

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

**TO THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY JUDGE. THE OFFICE OF THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE, THE DEBTOR, THERMO GRAND AVENUE, LLC AND OTHER PARTIES ENTITLED TO NOTICE:**

Bank of America, N.A., successor by merger to Countrywide Bank, FSB, respectfully submits this "Errata" to correct two typographical errors appearing in its "(1) Joinder in Support of Chapter 7 Trustee's Motion to Assume and Assign Parking Lot Lease; (2) Reply to Opposition of Lessor Thermo Grand Avenue, LLC," filed with the Court on Tuesday October 6, 2009. (Court's Docket No. 56) Specifically:

1.     Page 2, line 21 inadvertently states there are "50" parking spaces under the "Brockman Lease." The sentence should properly appear as follows: "The **51** parking spaces are a 'drop in the bucket' to Thermo Grand, but they are the life blood of the Brockman Building." (Emphasis added to show change against prior text.)

2.     Page 10, lines 16-17 inadvertently omits the word "not." The sentence should properly appear as follows: "Thermo Grand has **not** even filed a proof of claim." (Emphasis added to show change against prior text.)

DATED: October 8, 2009   FRANDZEL ROBINS BLOOM & CSATO, L.C.
           KENNETH N. RUSSAK
           LAINE MERVIS


           By: /S/ KENNETH N. RUSSAK
              KENNETH N. RUSSAK
              Attorneys for Bank of America, N.A.

| In re: | CHAPTER: 7 |
|---|---|
| BROCKMAN BUILDING LOFTS, LLC | |
| Debtor(s). | CASE NUMBER: 1:09-13713-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as **ERRATA TO BANK OF AMERICA, N.A.'S: (1) JOINDER IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO ASSUME AND ASSIGN PARKING LOT LEASE; (2) REPLY TO OPPOSITION OF LESSOR THERMO GRAND AVENUE, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 8, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On October 8, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 8, 2009 | Dorla Wise | /S/ Dorla Wise |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

635913.1

| In re:                          | CHAPTER: 7                        |
|---------------------------------|-----------------------------------|
| BROCKMAN BUILDING LOFTS, LLC    |                                   |
|                      Debtor(s). | CASE NUMBER: 1:09-13713-KT        |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**
Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
Carl Grumer    cgrumer@manatt.com
Robert A Hessling    rhessling@dgdk.com
Robbin L Itkin    ritkin@steptoe.com
Matthew F Kennedy    mkennedy@dgdk.com
Mette H Kurth    kurth.mette@arentfox.com
Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;banderson@frandzel.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**
Robert A Hessling, 2029 Century Park East, Ste 1900, Los Angeles, CA 90067-3005
Brockman Building Lofts, LLC, 12121 Wilshire Boulevard, Suite 214, Los Angeles, CA 90025
Carl L. Grumer, Harvey L. Rochman, Manatt, Phelps & Phillips, LLP, 11355 W. Olympic Bl., Los Angeles, CA 90064-1614
Honorable Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367-6606

635913.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                      **F 9013-3.1**