FILED & ENTERED

DEC 29 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

ROBERT A. HESSLING [State Bar No. 096466]
rhessling@dgdk.com
MATTHEW F. KENNEDY [State Bar No. 199485]
mkennedy@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067
Telephone:  310-277-0077
Facsimile:  310-277-5735

Proposed Counsel for
Amy L. Goldman,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>BROCKMAN BUILDING LOFTS, LLC,<br><br>       Debtor. | Case No. 1:09-13713-KT<br><br>Chapter 7<br><br>ORDER AUTHORIZING TRUSTEE TO: (1) CONTINUE TO OPERATE DEBTOR'S BUSINESS AND PROPERTY; (2) OBTAIN AND USE ADDITIONAL CREDIT; AND (3) PAY FEES AND EXPENSES OF BUSINESS MANAGER ON A SEMI-MONTHLY BASIS<br><br>[No hearing required] |

    The Court considered the Motion Of Trustee For Order Authorizing Trustee To: (1) Continue To Operate Debtor's Business And Property; (2) Obtain And Use Additional Credit: And (3) Pay Fees And Expenses Of Business Manager On A Semi-Monthly Basis ("Motion") filed by Amy L. Goldman, Chapter 7 Trustee ("Trustee") of the estate of Brockman Building Lofts, LLC, and the Trustee's ex parte application for an order shortening the time for notice and a hearing on the Motion.  The Court determined that a hearing on the Motion was not necessary.  It appearing that good cause exists,

1

347466.01 [XP] 25210

IT IS ORDERED that:

1. The Trustee's Motion is granted.

2. The Trustee is authorized to continue operating the Debtor's business and the real property consisting of a 12-story building located at 520 West Seventh St., Los Angeles, California ("Property") from and after January 1, 2010 to and including April 30, 2010 or until such date on which the Property is sold at a trustee's sale conducted under the Bank's Master Trust Deed affecting the Property, whichever period is sooner.

3. The Trustee is authorized to obtain additional credit from the Bank of America, N.A. ("Bank") in accordance with the terms of the Addendum ("Addendum") to the prior Agreement Re Credit, Business Operations, And Parking Lot Lease ("Agreement") between the Trustee and the Bank, which Addendum is attached as Exhibit "2" to the Trustee's declaration in support of the Motion.

4. The Trustee is authorized to use such additional credit to pay the Trustee's Expenses of Administration, as defined in the Agreement and as revised and supplemented by the Addendum, including without limitation the operating expenses within the limits of the proposed budget that is attached as Exhibit "1" to the Addendum.

5. The Trustee is authorized to pay the fees and costs of the Trustee's business manager, Kenneth B. Roelke & Associates, Inc. ("Roelke"), on a semi-monthly basis in accordance with the terms of the Agreement, as revised and supplemented by the Addendum, with such terms to include the submission of invoices to the Bank on a semi-monthly basis and Roelke's filing of a final

1 | fee application upon the closing of the case or the conclusion of
2 | Roelke's services.
3 |     6.    The Trustee is authorized to execute any and all
4 | documents that may be necessary to carry out the terms of the
5 | Agreement and the Addendum thereto.
6 |                              ####

DATED: December 29, 2009

*Kathleen Thompson*

United States Bankruptcy Judge

3

347466.01 [XP] 25210

| | |
|---|---|
| In re: BROCKMAN BUILDING LOFTS, LLC.<br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:09-13713-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Third Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as ORDER AUTHORIZING TRUSTEE TO: (1) CONTINUE TO OPERATE DEBTOR'S BUSINESS AND PROPERTY; (2) OBTAIN AND USE ADDITIONAL CREDIT; AND (3) PAY FEES AND EXPENSES OF BUSINESS MANAGER ON A SEMI-MONTHLY BASIS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 24, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On December 24, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
VIA U. S. MAIL:
Debtor: Brockman Building Lofts, LLC, 12121 Wilshire Blvd., Suite 214, Los Angeles, CA 90025
United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367
VIA OVERNIGHT MAIL:
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 24 , 2009 I served the following person(s) and/or entity(ies) by email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Served Via Email:
Evan D Smiley, esmiley@wgllp.com
Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
Carl Grumer cgrumer@manatt.com
Robbin L. Itkin ritkin@steptoe.com
Kenneth N. Russak krussak@frandzel.com, banderson@frandzel.com, efiling@frandzel.com
Mette H. Kurth kurth.mette.arentfox.com
William E Winfield wwinfield@nchc.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 24, 2009 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

347466.01 [XP] 25210

| | |
|---|---|
| In re: BROCKMAN BUILDING LOFTS, LLC.<br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:09-13713-KT |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled ORDER AUTHORIZING TRUSTEE TO: (1) CONTINUE TO OPERATE DEBTOR'S BUSINESS AND PROPERTY; (2) OBTAIN AND USE ADDITIONAL CREDIT; AND (3) PAY FEES AND EXPENSES OF BUSINESS MANAGER ON A SEMI-MONTHLY BASIS was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 24, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
Carl Grumer    cgrumer@manatt.com
Robert A Hessling    rhessling@dgdk.com
Robbin L Itkin    ritkin@steptoe.com
Matthew F Kennedy    mkennedy@dgdk.com
Mette H Kurth    kurth.mette@arentfox.com
Kenneth N Russak    krussak@frandzel.com, banderson@frandzel.com;efiling@frandzel.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
William E Winfield    wwinfield@nchc.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
Debtor: Brockman Building Lofts, LLC, 12121 Wilshire Blvd., Suite 214, Los Angeles, CA 90025

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

5

347466.01 [XP] 25210