ROBERT A. HESSLING (State Bar No. 096466)
rhessling@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Amy L. Goldman,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>BROCKMAN BUILDING LOFTS, LLC,<br><br>Debtor. | Case No. 1:09-bk-13713-KT<br><br>Chapter 7<br><br>**NOTICE TO PROFESSIONALS OF HEARING ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date:   September 14, 2010<br>Time:   2:00 p.m.<br>Ctrm:   "301"<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

**NOTICE IS GIVEN** that the Court will hear interim applications for awards of compensation and reimbursement of expenses by professionals in this case on **September 14, 2010**, at 2:00 p.m., in Courtroom 301 of the United States Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, California. In compliance with Local Bankruptcy Rule 2016-1, the Trustee hereby notifies all professionals as follows:

> **Other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.**

356295.01 [XP] 25210

1  Any professional seeking interim fees at this time must comply with the Federal Rules of
2  Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, the
3  Guidelines of the Office of the United States Trustee, and the relevant provisions of the Bankruptcy
4  Code.

5  **NOTICE IS ALSO GIVEN** that any professional who desires to be included in the Notice
6  of Hearing in connection with interim fee applications must, not later than 12:00 noon on
7  **August 13, 2010**, advise Jessica Ramos, paralegal, at Danning, Gill, Diamond & Kollitz, LLP,
8  2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, (310) 277-0077,
9  jramos@dgdk.com, of the amounts of the requested compensation and expenses and the time
10 period for such compensation and expenses.

11
12 Dated: July 15, 2010                              DANNING, GILL, DIAMOND & KOLLITZ, LLP
13
14                                                  By: /s/ Robert A. Hessling
15                                                      ROBERT A. HESSLING
                                                        Attorneys for Amy Goldman, Chapter 7
16                                                      Trustee

-2-

356295.01 [XP] 25210

| In re: | CHAPTER: 7 |
|---|---|
| BROCKMAN BUILDING LOFTS, LLC          Debtor(s). | CASE NO.: 1:09-bk-13713-KT<br>ADV. NO: |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2029 Century Park East, Third Floor
Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **NOTICE TO PROFESSIONALS OF HEARING ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 15, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.    SERVED BY U.S. MAIL:** On **July 15, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/15/2010 | Beverly Lew | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           **F 9013-3.1**
356295.01 [XP] 25210

| In re: BROCKMAN BUILDING LOFTS, LLC  Debtor(s). | CHAPTER: 7<br>CASE NO: 1:09-bk-13713-KT<br>ADV NO.: |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. **BY NOTICE OF ELECTRONIC FILING ("NEF")**

Amy L Goldman     stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
Varand Gourjian     vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com
Carl Grumer     cgrumer@manatt.com
Robert A Hessling     rhessling@dgdk.com
Robbin L Itkin     ritkin@steptoe.com
Matthew F Kennedy     mkennedy@dgdk.com
Mette H Kurth     kurth.mette@arentfox.com
Kenneth N Russak     krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
Evan D Smiley     esmiley@wgllp.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
William E Winfield     wwinfield@nchc.com

II. **BY U.S. MAIL**

Debtor: Brockman Building Lofts, LLC , 12121 Wilshire Blvd Ste 214, Los Angeles, CA 90025
Kenneth Roelke,  Kenneth B. Roelke & Associates, 2355 Westwoodd Blvd, Suite 403, Los Angeles, CA  90064
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd, Suite 305, Woodland Hills, CA 91367

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

356295.01 [XP] 25210