Robbin L. Itkin, Esq., CA Bar # 117105
Katherine C. Piper, Esq., CA Bar # 222828
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Phone: (310) 734-3200
Fax:     (310) 734-3300
Email:  ritkin@steptoe.com
Email:  kpiper@steptoe.com

*Attorneys for BHFC Operating, LLC*

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO DIVISION

| | |
|---|---|
| In re: | Case No.:  1:09-bk-13713-KT |
| BROCKMAN BUILDING LOFTS, LLC, a California limited liability company | Chapter 7 |
| Debtor. | **DECLARATION OF DANIEL FLORES CONFIRMING BHFC OPERATING, LLC'S COMPLIANCE WITH THE TERMINATION OF ITS MONTH-TO-MONTH TENANCY** |
| | [No Hearing Required] |

I, DANIEL FLORES, hereby declare:

1.      I am the Managing Director of BHFC Operating, LLC ("<u>BHFC</u>").  I am duly authorized to make this declaration and, unless otherwise noted, have personal knowledge of all matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

2.      I file this declaration in response to the *Notice of Application* [Docket No. 110] and *Application of Trustee to Employ Express Evictions as Special Counsel* [Docket No. 109], filed by the Chapter 7 Trustee (the "<u>Trustee</u>") for the estate of Brockman Building Lofts, LLC

DOC. # CC-233072 V.1

(the "<u>Brockman Lofts</u>"), to correct statements contained in such pleadings ("<u>Trustee's</u> <u>Pleadings</u>") and to confirm BHFC's compliance with the demand of the Trustee that BHFC terminate its tenancy of four units located in the Brockman Lofts to aid in the obtainment of a Final Certificate of Occupancy for the Brockman Lofts.

3.    BHFC operates the upscale casual restaurant, bar and gourmet food market known as Bottega Louie (the "<u>Restaurant</u>"), which occupies the ground floor of the 12-story building owned by the Debtor and located at 520 West Seventh Street, Los Angeles, California, pursuant to a written lease dated September 10, 2007.

4.    Also, in connection with the operation of the Restaurant, BHFC and the Trustee entered into an oral month-to-month lease concerning Mezzanine Units 101, 102, 103 and 104 in the Brockman Lofts (collectively, the "<u>Units</u>").

5.    I have been in constant communication with Ken Roelke, the Trustee's business manager/field agent for the Brockman Lofts, for the past six to eight weeks regarding the need for BHFC to vacate the Units.  I thought we had a cooperative relationship, and that he understood that despite the difficulty in finding alternative space, my team and I were seeking such space so we could vacate the Units as requested.  More specifically, during the numerous conversations I had with Mr. Roelke during that time, Mr. Roelke remained flexible with us in vacating the premises during the month of August 2010.

6.    Mr. Roelke further informed me during our conversations that the Trustee would likely send BHFC a formal notice terminating BHFC's tenancy.  However, Mr. Roelke also said that any such notice was only a formality and that so long as BHFC vacated the Units by the dates he and I agreed to, there would not be any problems.

7.    In fact, I did receive a "Notice of Termination of Tenancy" from the Trustee's lawyers on July 16, 2010 (the "<u>Notice</u>").  The Notice provided that BHFC had thirty days from receipt (not including the date of service) to vacate the Units, which set the date for BHFC to vacate the Units as August 17, 2010.  However, Mr. Roelke worked with us to vacate as soon as we could in August, understanding that we would need some additional time.  Through those

1  discussions, Mr Roelke first gave us to August 24, then August 31, and finally agreed to

2  September 1, 2010, as the final date for vacating the Unites, and September 1 is the date we

3  have vacated the Units.

4     8.     Throughout my communications with Mr. Roelke, both before and after receipt

5  of the Notice, I communicated very clearly with Mr. Roelke that BHFC was willing to vacate

6  the Units.  In fact, as set forth above, BHFC diligently searched for a new space to replace the

7  Units.

8     9.     Further, BHFC began the moving process on August 23, 2010 and, as set forth

9  above, will have fully vacated the Units by today, September 1, 2010.  Mr. Roelke has been a

10  witness to BHFC's move since it began and has frequently stopped by the Units to check on

11  BHFC's progress.  During this time, Mr. Roelke never indicated to me that BHFC was in

12  violation of the Notice or that BHFC should have vacated the Units by August 17, 2010.

13     10.     Accordingly, I think it is important that interested parties and the Court

14  understand that the statements in the Trustee's Pleadings, which state, among other things, that

15  "BHFC has failed and refused to vacate the Units" are incorrect and the Trustee's Pleadings

16  were not necessary.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

DOC. # CC-233072 V.1

11.    Finally, because BHFC has vacated the Units as of today, I caused to be sent to Mr. Roelke today, September 1, 2010, BHFC's notice of surrender of possession of the Units, a copy of which is attached as **Exhibit A** hereto.

I declare under penalty of perjury under the laws of the United States of America and the State Law of California that the foregoing is true and correct.

Executed this 1st date of September 2010 at Los Angeles, California.

Daniel Flores
Managing Director of BHFC Operating, LLC

DOC. # CC-233072 V.1

# EXHIBIT A

# BHFC OPERATING, LLC

September 1, 2010


Kenneth Roelke
2355 Westwood Boulevard, Suite 403
Los Angeles, California 90064


**Re:**   **Oral Month-to-Month Lease (the "Lease") with respect to Mezzanine Units 101,
102, 103 and 104 in the Brockman Building Lofts (the "Premises") located at 700 So.
Grand Avenue, Los Angeles, CA 90017 (the "Building")**

Dear Kenneth,

By this letter, BHFC Operating, LLC ("BHFC") disclaims any further possessory interest in and to the Premises and surrenders possession of the Premises to the owner of the Building effective as of noon on the date hereof (September 1, 2010).  BHFC has removed from the Premises all of its personal property.  Enclosed herewith are any keys to the Premises in BHFC's possession.  Nothing contained in this letter shall constitute an admission or a waiver of any of BHFC's rights or remedies under the Lease or applicable law.

Sincerely,

Daniel Flores


Copy:  Robbin Itkin
       Jordan Fishman
       Robert Hessling
       David Kegaries

**EXHIBIT A**

| In re:<br>BROCKMAN BUILDING LOFTS, LLC | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:09-bk-13713-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**2121 Avenue of the Stars, 28th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described as **DECLARATION OF DANIEL FLORES CONFIRMING BHFC OPERATING, LLC'S COMPLIANCE WITH THE TERMINATION OF ITS MONTH-TO-MONTH TENANCY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 1, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amy L. Goldman *(Chapter 7 Trustee)* .................................................. stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
Varand Gourjian *(Attorney for American Gunite, Inc.)* ...................................... vg@gourjianlaw.com, lala@gourjianlaw.com;
.................................................................................................................................................................. naz@gourjianlaw.com
Carl Grumer *(Attorney for Thermo Grand Ave., LLP)* ......................................................................... cgrumer@manatt.com
Robert A. Hessling *(Attorney for Chapter 7 Trustee)* .......................................................................... rhessling@dgdk.com
Robbin L. Itkin *(Attorney for BHFC Operating, LLC)* ................................................................................ ritkin@steptoe.com
Matthew F. Kennedy *(Attorney for Chapter 7 Trustee)* ......................................................................... mkennedy@dgdk.com
Mette H. Kurth *(Attorney for Official Creditor's Committee for* Norman J. Salter) ........................ kurth.mette@arentfox.com
Kenneth N. Russak *(Attorney for Bank of America, N.A.)* ............................. krussak@frandzel.com, efiling@frandzel.com;
.................................................................................................................................................................. ltokubo@frandzel.com
Evan D. Smiley *(Attorney for Debtor)* ................................................................................................ esmiley@wgllp.com
United States Trustee (SV) ................................................................................................ ustpregion16.wh.ecf@usdoj.gov
William E. Winfield *(Attorney for Circulating Air, Inc.)* ........................................................................... wwinfield@nchc.com

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

| In re:<br>BROCKMAN BUILDING LOFTS, LLC<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 1:09-bk-13713-KT |
|---|---|

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 1, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Kathleen Thompson
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367
*(VIA PERSONAL DELIVERY)*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/1/10 | Aja N. Clark | */s/ Aja N. Clark* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**