```
 1  ROBERT A. HESSLING (State Bar No. 096466)
    rhessling@dgdk.com
 2  MATTHEW F. KENNEDY (State Bar No. 199485)
    mkennedy@dgdk.com
 3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
    2029 Century Park East, Third Floor
 4  Los Angeles, California 90067-2904
    Telephone  (310) 277-0077
 5  Telecopier (310) 277-5735

 6  Attorneys for Amy L. Goldman,
    Chapter 7 Trustee
 7
```

FILED & ENTERED

SEP 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:09-bk-13713-KT |
| BROCKMAN BUILDING LOFTS, LLC, | ) Chapter 7 |
| Debtor. | ) ORDER AUTHORIZING TRUSTEE TO ) EMPLOY EXPRESS EVICTIONS AS ) SPECIAL COUNSEL |
| | ) [No hearing required] |

    Amy L. Goldman, Chapter 7 Trustee ("Trustee") of the estate of Brockman Building Lofts, LLC ("Debtor"), has filed an application under 11 U.S.C. § 327 for an order authorizing her to employ special counsel.  It appears from the application that it is necessary that the Trustee employ special counsel, that said counsel represents no interest adverse to the Debtor, the estate or any creditors in the matter upon which counsel is to be engaged, that said counsel is disinterested, and that the employment of Express Evictions is in the best interest of the estate.  It also appears that due and proper notice of the application was given to the Debtor and the Debtor's counsel, the United States Trustee, all creditors and all parties in interest. It also appears that the Trustee amended the application to

1

358656.02 [XP] 25210

1  address the objections of the United States Trustee to the
2  application, that the objections of the United States Trustee to
3  the application were subsequently withdrawn pursuant to a
4  stipulation between the Trustee and the United States Trustee, and
5  that no other objections and no other requests for hearing with
6  respect to the application and amendments thereto have been filed.
7  It appearing that good cause exists,
8      IT IS ORDERED that:
9      1.   The application, as amended, is granted, and the Trustee
10 is authorized to employ Express Evictions as his special counsel
11 at the expense of the estate, effective as of August 6, 2010.
12     2.   The Trustee is authorized to compensate Express
13 Evictions in accordance with the terms of the application, as
14 amended.
15                                 ###

DATED: September 22, 2010

*Kathleen Thompson*

United States Bankruptcy Judge

2

358656.02 [XP] 25210

| In re:                          | CHAPTER: 7                     |
|---------------------------------|--------------------------------|
| BROCKMAN BUILDING LOFTS, LLC    | CASE NO: 1:09-bk-13713-KT      |
| Debtor(s).                      | ADV NO.:                       |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **ORDER AUTHORIZING TRUSTEE TO EMPLOY EXPRESS EVICTIONS AS SPECIAL COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL:** On September 7, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Brockman Building Lofts, LLC, 12121 Wilshire Blvd., Suite 214, Los Angeles, CA  90025
Express Evictions, 362 West 6th Street, San Bernardino, CA  92401
United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA  91367
Hon. Kathleen Thompson, U. S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III.    SERVED BY EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 7, 2010 I served the following person(s) and/or entity(ies) by email as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Amy L Goldman     stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com
Carl Grumer     cgrumer@manatt.com
Robbin L Itkin     ritkin@steptoe.com
Mette H Kurth     kurth.mette@arentfox.com
Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
Evan D Smiley    esmiley@wgllp.com
William E Winfield    wwinfield@nchc.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 7, 2010 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                 **F 9021-1.1**
358656.02 [XP] 25210

| In re:                              | CHAPTER: 7                  |
|-------------------------------------|-----------------------------|
| BROCKMAN BUILDING LOFTS, LLC        | CASE NO: 1:09-bk-13713-KT   |
| Debtor(s).                          | ADV NO.:                    |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and persona/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING TRUSTEE TO EMPLOY EXPRESS EVICTIONS AS SPECIAL COUNSEL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 7, 2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com
Carl Grumer    cgrumer@manatt.com
Robert A Hessling    rhessling@dgdk.com
Robbin L Itkin    ritkin@steptoe.com
Matthew F Kennedy    mkennedy@dgdk.com
Mette H Kurth    kurth.mette@arentfox.com
Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
William E Winfield    wwinfield@nchc.com

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Brockman Building Lofts, LLC, a California limited liability company, 12121 Wilshire Blvd., Suite 214, Los Angeles, CA 90025

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9021-1.1**
358656.02 [XP] 25210