ROBERT A. HESSLING (State Bar No. 96466)
rhessling@dgdk.com
MATTHEW F. KENNEDY (State Bar No. 199485)
mkennedy@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: 310-277-0077
Facsimile:  310-277-5735

Attorneys for Amy L. Goldman,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re | ) Case No. 1:09-bk-13713-KT |
|---|---|
| BROCKMAN BUILDING LOFTS, LLC, | ) Chapter 7 |
| Debtor. | ) **NOTICE OF INTENTION TO ABANDON REAL PROPERTY**<br>) [No hearing required] |

   TO THE DEBTOR AND ITS COUNSEL, THE UNITED STATES TRUSTEE, ALL CREDITORS AND ALL PARTIES IN INTEREST:

   NOTICE IS GIVEN that unless an objection is made and a hearing is timely requested by a party in interest in the manner set forth below, Amy L. Goldman, Chapter 7 Trustee ("Trustee") of the estate of Brockman Building Lofts, LLC, intends to abandon all of the Trustee's right, title and interest in real property consisting of a 12-story building located at 520 West Seventh St., Los Angeles, California ("Property"), with such abandonment to be effective as of the date of the Trustee's filing of an Abandonment after the period for filing objections has expired and provided that no timely objections are filed.

1

362541.01 [XP] 25210

1    The Trustee believes that: (1) the Property is of
2 inconsequential value and benefit to the estate and there is no
3 realizable equity in the Property; (2) the administration of the
4 Property would be unduly burdensome; and (3) the proposed
5 abandonment is in the best interests of the estate and the
6 creditors.
7    NOTICE IS ALSO GIVEN that pursuant to Local Bankruptcy
8 Rule 6007-1, any objection and request for a hearing must, not
9 later than 14 days after the date of the service of this notice,
10 be filed with the Clerk of the Bankruptcy Court and served on:
11 (1) Amy L. Goldman, Chapter 7 Trustee, Lewis, Brisbois, Bisgaard &
12 Smith, LLP, 221 N. Figueroa Street, Suite 1200, Los Angeles,
13 California 90067-2904; (2) Robert A. Hessling, Danning, Gill,
14 Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los
15 Angeles, California 90067-2904; and (3) Office of the United
16 States Trustee, 21051 Warner Center Lane, # 115, Woodland Hills,
17 California 91367.
18    If no timely objection and request for a hearing are filed
19 and served, the above-described real property shall be deemed
20 abandoned, effective as of the date of the Trustee's filing of the
21 Abandonment, without further order of the Court.
22 Dated: December 6, 2010       DANNING, GILL, DIAMOND & KOLLITZ, LLP

                                By: _____
                                    ROBERT A. HESSLING
                                    Attorneys for Amy L.
                                    Goldman, Chapter 7 Trustee

27 DATE OF MAILING: December 10, 2010

2

362541.01 [XP] 25210

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **NOTICE OF INTENTION TO ABANDON REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 10, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On **December 10, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/10/2010 | Beverly Lew | *(signed)* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

362541.01 [XP] 25210

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I.    BY NOTICE OF ELECTRONIC FILING ("NEF")**

Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
Carl Grumer    cgrumer@manatt.com
Ileana M Hernandez    ihernandez@manatt.com
Robert A Hessling    rhessling@dgdk.com
Robbin L Itkin    ritkin@steptoe.com
Matthew F Kennedy    mkennedy@dgdk.com
Mette H Kurth    kurth.mette@arentfox.com
Joy E Mason    jmason@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
William E Winfield    wwinfield@nchc.com

**II.    BY U.S. MAIL**

Brockman Building Lofts, LLC, a California limited liability company |12121 Wilshire Blvd Ste 214|Los Angeles, CA 90025
Official Creditor's Committee for Norman J. Salter |c/o Brian H. Kelley|Pacific Commerce Bank|420 E. Third Street|Los Angeles, CA 90013
San Fernando Valley Division|21041 Burbank Blvd,|Woodland Hills, CA 91367-6603
AAA Flag & Banner |2320 Westwood Blvd|Los Angeles, CA 90064
ABC Supply Co. Inc. |19105 S Figueroa|Gardena, CA 90248-4206
AC Rebak Electric |c/o Jonathan B Cole/Jeol Gluzman|Nemecek & Cole|15260 Ventura Blvd Ste 920|Sherman Oaks CA 91403
ACCU-CUT |PO Box 409|Gardena, CA 90248
Abraham Iny |15910 Ventura Blvd.,Suite 1729|Encino, CA 91436
Accord Electric Corporation |17852 Jamestown Lane|Huntington Beach, CA 92647
Addison Pools, Inc. |10835 Magnolia Blvd|North Hollywood, CA 91601
All Ways Flooring |12121 Wilshire Blvd.,Suite 214|Los Angeles, CA 90025
All Ways Plumbing Service & Repair, Inc |12961 Gladstone Ave|Sylmar CA 91342
All Ways Plumbing, Inc. |18653 Horace Street|Northridge, CA 91326
American Electric Supply Inc. |1872 Pomona Road|Corona, CA 92880-1778
American Gunite |5042 Wilshire Blvd #496|Los Angeles, CA 90036
Andersen Commercial Plumbing, Inc. |190 E Arrow Highway #H|San Dimas, CA 91773
Anderson Moulding |11266 Washington Place|Culver City, CA 90230
Antonio Trujillo |1416 W 62nd Street|Los Angeles, CA 90047
Aranda's Woodcraft, Inc. |137 W 157th Street|Gardena, CA 90248
Archadel, Inc. |1859 W 169th Street #D|Gardena, CA 90247
Arrow Tools, Fasteners & Saw |7635 Burnet Avenue|Van Nuys, CA 91405
Associated Ready Mixed Concrete |4621 Teller Avenue #130|Newport Beach, CA 92660
Atomic Pumping |PO Box 4033|West Hills, CA 91308
BHFC Operating, LLC |9243 1/2 Doheny Road|West Hollywood, CA 90069
Bielski Window and Masonry Cleaning |1200 Lance Lane|Anaheim, CA 92806
Bowen Studios |577 S 200 E #200|Salt Lake City, UT 84111
Buchanan Co., Inc. |1016 E Edna Place|Covina, CA 91724
C2 Reprographics |3180 Pullman Street|Costa Mesa, CA 92626
CA Franchise Tax Brd |Bankruptcy Section MS A340|POB 2952|Sacramento CA 95812-2952
CB Richard Ellis |11150 Santa Monica Blvd., Ste. 1600|Los Angeles, CA 90025
CRB Inspections, Inc. |PO Box 2384|Winnetka, CA 91306
CS Drywall, Inc. |1935 McKinley Avenue #A|La Verne, CA 91750-5840
California Classic Tile |PO Box 172|Pacific Palasades, CA 90272
California Classic Tile Inc |C/O Barry I Gold Esq|12011 San Vincente Blvd Ste 600|Los Angeles CA 90049-4948
California Wholesale Material Supply |7330 South Crider Avenue|Pico Rivera, CA 90660

This form is mandatory.    It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                              **F 9013-3.1.PROOF.SERVICE**

362541.01 [XP] 25210

Cananwill, Inc. |Department 7200|Los Angeles, CA 90088-7200
Circulating Air, Inc. |7337 Varna Avenue|North Hollywood, CA 91605
Complete Drywall Interiors |Bradley & Gmelich/Flock|700 N Brand Blvd 10th Fl|Glendale CA 91203
Complete Drywall Interiors, Inc. |26893 Bouquet Canyon Road #C|Santa Clarita, CA 91350
Construction Protective Services, Inc. |436 W Walnut Street|Gardena, CA 90248
Cord Media Company |P.O. Box 1208|Rancho Mirage, CA 92270
Cordova Construction Services |PO Box 923250|Sylmar, CA 91392-3250
Countrywide Bank-Builder Finance Group |333 S. Hope Street, Suite H|Los Angeles, CA 90071
Countrywide Financial |4500 Park Granada|Calabasas, CA 91302
David Kegaries |333 S. Hope Street, 11th Floor|Los Angeles, CA 90071-1046
Decorators' Choice Glass Installations |28309 Constellation Road|Valencia, CA 91355
Department of Building & Safety
Edison Fire Extinguisher Co. |3621 Eagle Rock Blvd|Los Angeles, CA 90065-3622
Eli Industries, Inc. |8928 Fullbright Avenue|Chatsworth, CA 91311
Elmco/Duddy |PO Box 3787|City of Industry, CA 91744
Espinosa Parking Lot Services |PO Box 4433|West Covina, CA 91791-0433
Evapco West |1900 Almond Avenue|Madera, CA 93637
Fire Safe Systems, Inc. |PO Box 1186|Redondo Beach, CA 90278
Franchise Tax Board |Attn: Bankruptcy|P.O. Box 2952|Sacramento, CA 95812-2952
Freedom Painting, Inc. |8822 Calmada Avenue|Whittier, CA 90605
GE Appliances |307 North Hurstbourne Pkwy|Louisville, KY 40222
GE Consumer & Industrial |Michael B Bach Esq|11256 Cornell Park Dr Ste 500|Cincinnati OH 45242
H & E Equipment Inc. |PO Box 849850|Dallas, TX 75284-9850
H & R Construction and Surfacing, Inc. |15216 Burbank Blvd, #201|Sherman Oaks, CA 91411
Hafele |3901 Cheyenne Dr|P.O. Box 4000|Archdale, NC 27263-4000
Hanan Rybak |1107 Princeton Avenue, #105|Santa Monica, CA 90403
Hanks Sheet Metal, Inc. |7607 Alondra Blvd|Paramount, CA 90723
Harris Concrete Pumping |1230-5 Madera Rd, #168|Simi Valley, CA 93065
Historical Stones |500 Oak St, #109|Glendale, CA 91204
Howard Building Corporation |3184-K Airway Avenue|Costa Mesa, CA 92626
Howard Industries |8855 Washington Blvd|Culver City, CA 90232
Hub Construction Specialties, Inc. |379 South I Street|P.O. Box 1269|San Bernardino, CA 92402-1269
Hydraulic Cranes LLC |10805 S Painter Avenue|Santa Fe Springs, CA 90670
Iacobellis & Associates, Inc. |11145 Tampa Avenue #15-B|Northridge, CA 91326
Internal Revenue Service |P.O. Box 21126|Philadelphia, PA 19114-0326
J & B Electronic Door Service, Inc |11704 Sheldon Street|Sun Valley, CA 91352
Jensen Precast |14221 San Bernardino Avenue|Fontana, CA 92335
Johannessen Trading Company |PO Box 22003|Los Angeles, CA 90022
Jones and Stokes Associates, Inc. |PO Box 7777 - W510501|Philadelphia, PA 19175-0501
Jones,Waldo,Holbrook & McDonough |PO Box 45444|Salt Lake City, UT 84145-0444
K & S Air Conditioning, Inc. |143 E Meats Avenue|Orange, CA 92865-3309
Karcher Firestopping, Inc. |2300 E Orangewood Ave|Anaheim, CA 92806
Kerco Inc. |15960 Downey Avenue #A|Paramount, CA 90723
Kete Bollenbach |10170 Cielo Drive|Beverly Hills, CA 90210
King Fence |708 Vesta Street|Inglewood, CA 90302
LA DWP |PO Box 10324|Van Nuys, CA 91410-0324
Labor Finders |PO Box 1242|Poway, CA 92074
Los Angeles City Office of Finance |200 N. Spring Street, Room 101|Los Angeles, CA 90012-4873
Los Angeles County Tax Collector |P.O. Box 54018|Los Angeles, CA 90054
Los Angeles Magazine |File #55469|Los Angeles, CA 90074-5469
Main Electric Supply Co. |6700 S Main Street|Los Angeles, CA 90003
Mary Kay Stout |1740 S Westgate Avenue #B|Los Angeles, CA 90025
Material Distributor Company |15150 Oxnard Street|Van Nuys, CA 91411
McKee Communications Inc. |6381-A Rose Lane|Carpinteria, CA 93013
Mid-West Wholesale Lighting |PO Box 27339|Los Angeles, CA 90027
Nathan's Glass & Mirror, Inc |12750 Raymer Street Unit #1|North Hollywood, CA 91605
National Ready Mixed Concrete Co. |15821 Ventura Blvd #475|Encino, CA 91436-4778
Orco Const Supply |477 N Canyons Pkwy #A|Livermore, CA 94551-9458

This form is mandatory.    It has been approved for use by the United States Bankruptcy Court for the Central
District of California.

August 2010                                                                          F 9013-3.1.PROOF.SERVICE
362541.01 [XP] 25210

Pacific High Reach |1605 N O'Donnell Way|Orange, CA 92867-5421
Pacific Wall Systems, Inc. |1150 N Richfield Road #A|Anaheim, CA 92807
Paramount Scaffold Co. |16631 S Avalon Blvd|Carson, CA 90746
Peter Wilson |236 24th Street|Santa Monica, CA 90402
Plaza Wholesale Electric, Inc. |5879 W Pico Blvd|Los Angeles, CA 90019
Premiere Media Group |2943 Pullman Street #B|Santa Ana, CA 92705
Premiere Media Group |Herzlich & Blum|15760 Ventura Blvd Ste 2024|Encino CA 91436
RSI Professional Cabinet Solutions |11350 Riverside Drive|Mira Loma, CA 91752
Reabak Hanan, Inc. |1107 Princeton Street #105|Santa Monica, CA 90403
Reliable Graphics, Inc. |15013 Califa Street|Van Nuys, CA 91411-3170
Renegade Flooring, Inc. |2200 Michigan Avenue #B|Santa Monica, CA 90404-3906
Robert C. Worth, Inc. |11635 Sheldon Street|Sun Valley, CA 91352-1598
San Fernando Marble & Granite |9803 San Fernando Road|Pacoima, CA 91331
Schindler Elevator Corporation |16450 Foothill Blvd #200|Sylmar, CA 91342-1036
Seems Plumbing Co. |5400 West Rosecrans Avenue|Hawthorne, CA 90250
Shilpark Paint |1640 S Vermont Avenue|Los Angeles, CA 90006
Southland Commercial Interiors, Inc. |1240 N Jefferson Street #R|Anaheim, CA 92807
Special Inspection Services, Inc. |12460 Euclid Street #100B|Garden Grove, CA 92840-3351
Srour & Associates |1001 6th Street #110|Manhattan Beach, CA 90266
Srour & Associates, LLC |c/o Craig Weinstein, Esq.,|820 Manhattan Ave. Ste 203|Manhattan Beach CA 90266
Stepstone, Inc. |17026 S Main Street|Gardena, CA 90248
Stock Building Supply |1209 File 59898|Los Angeles, CA 90074-9898
Structural Engineering Consultants, Inc |25115 Avenue Stanford #B-125|Valencia, CA 91355
SunState Equipment Company |PO Box 52581|Phoenix, AZ 85072
T Construction |20313 Hemmingway Street|Canoga Park, CA 91306
Tahiti Cabinets Inc. |5419 E La Palma Avenue|Anaheim, CA 92807
The Bedrock Company |29404 Sunharbor Court|Lake Elsinore, CA 92530
The Hartford |PO Box 2907|Hartford, CT 06104-2907
The Salter Company, Inc. |1849 Sawtelle Blvd #600|Los Angeles, CA 90025
The Wren Group, Inc. |44 W Bellevue Dr #6|Pasadena, CA 91105
The Wright Paint Crew |42 Dudley Avenue #1|Venice, CA 90291
Thermo Grand Avenue LLC |1735 Nineteenth Street|Denver, CO 80202-1005
Turner Aubert & Friedman, LLP |8383 Wilshire Blvd #510|Beverly Hills, CA 90211-2486
United Rentals |450 Glass Lane #C|Modesto, CA 95356
United Rentals Northwest, Inc. |c/o Urtnowshi & Associates, PC|18301 Von Karman Ave Ste 200|Irvine, CA 92612
United Site Services of CA, Inc |3408 Hillcap Avenue|San Jose, CA 95136
United States Aluminum Corporation |767 Monterey Pass Road|Monterey Park, CA 91754
Universal Reprographics |Universal Reprographics|2706 Wilshire Blvd|Los Angeles, CA 90057-3202
VLA Engineering, Inc. |14407 Gilmore Street #204|Van Nuys, CA 91401
Valley Power Systems, Inc. |425 S Hacienda Blvd|City of Industry, CA 91745
Vertical Systems |1508 Cotner Avenue|Los Angeles, CA 90025
Vigen Onany & Associates |PO Box 12311|Glendale, CA 91224
Viking Insulation Co |3014 Floyd Street|Burbank, CA 91504
WM Group West |11900 W Olympic Blvd #810|Los Angeles, CA 90064
Walters Wholesale Electric |22552 Shannon Circle|Lake Forest, CA 92630
Weil Aquatronics, Inc. |115 E Palmer Avenue #C|Glendale, CA 91205
West Coast Door & Moulding |1211 Flynn Road #103|Camarillo, CA 93012
West Millennium Homes, Inc. |12121 Wilshire Blvd., Suite 214|Los Angeles, CA 90025
White Cap Construction Supply |2975 Redhill Avenue # 100|Costa Mesa, CA 92626
Wolfpack Sign Group |1325 Grand Ave, #100|San Marcos, CA 92078
Wood Smith Henning & Berman, LLP |10960 Wilshire Blvd 18th Floor|Los Angeles, CA 90024-3702
eStream |PO Box 3903|Laguna Hills, CA 92653
James Doddy, Ramey & DeBlanc LLP, 6033 W. Century Blvd., Ste 1180, Los Angeles, CA  90045
John Flock, Bradley and Gmelich, 700 N. Brand Blvd., 10th Fl., Glendale, CA  91203
Neil M. Sholander, Urtnowski & Associates, 18301 Von Karman Ave., Ste. 200, Irvine, CA  92648
Hon. Kathleen Thompson, U. S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA  91367

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central
District of California.

August 2010                                                          F 9013-3.1.PROOF.SERVICE
362541.01 [XP] 25210