1   Kenneth N. Russak (State Bar No. 107283)
    krussak@frandzel.com
2   Joy E. Mason (State Bar No. 215056)
    jmason@frandzel.com
3   FRANDZEL ROBINS BLOOM & CSATO, L.C.
    6500 Wilshire Boulevard
4   Seventeenth Floor
    Los Angeles, California 90048-4920
5   Telephone: (323) 852-1000
    Facsimile: (323) 651-2577
6
    Attorneys for Bank of America, N.A.
7

8                  UNITED STATES BANKRUPTCY COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                 SAN FERNANDO VALLEY DIVISION

11  | In re                          | CASE No.: 1:09-13713-KT
12  | BROCKMAN BUILDING LOFTS, LLC,   | Chapter 7
13  |          Debtor.               |
14  |                                | **DECLARATION OF KENNETH N.
    |                                | RUSSAK REGARDING ABSENCE OF
    |                                | SUPPLEMENTAL OPPOSITION TO
15  |                                | MOTION TO APPROVE STIPULATION
    |                                | FOR RELIEF FROM THE AUTOMATIC
16  |                                | STAY**

17

18

19

20

21

22

23

24

25

26

27

28

785256.1 | 040401-0001                          1
STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1      I, Kenneth N. Russak, declare:

2      1.      I have personal knowledge of the facts stated in this declaration. If called upon to

3 testify, I could and would testify competently thereto in a court of law.

4      2.      I am an attorney licensed to practice law in the State of California and am admitted

5 before the bar of this Court. I am counsel of record in the above-captioned bankruptcy case to

6 Bank of America, N.A.

7      3.      On December 7, 2010, I caused to be electronically filed with this Court a

8 "Emergency motion for Order Terminating Automatic Stay Pursuant to Stipulation" (Docket No.

9 125) ("Motion"), together with papers supporting that motion. The Motion sought this Court's

10 approval a Stipulation for Order Terminating the Automatic Stay" ("First Stipulation").

11      4.      On December 7, 2010, a document entitled "Opposition of Brockman Building

12 Lofts, LLC To Emergency Motion For Order Terminating Automatic Stay By Bank of America"

13 (Docket No. 127) was filed by counsel to the pre-petition debtor.

14      5.      On December 9, 2010, I caused to be electronically filed a "Stipulation Partially

15 Resolving Debtor's Objection to Emergency Motion for Order Terminating the Automatic Stay"

16 (Docket No. 129) ("Second Stipulation") which was signed by me on behalf of Bank of America

17 and by counsel to the pre-petition debtor.

18      6.      Pursuant to the Second Stipulation, an "Order Granting Motion for Relief from the

19 Automatic Stay" (Docket No. 130) ("Interim Order") was entered by this Court which modified

20 the automatic stay to permit the noticing of a non-judicial foreclosure sale. That order, however,

21 specifically provides, in part

22      . . . This order, however, does not permit any such foreclosure sale to be

23      conducted. The automatic stay may be modified further or terminated to permit the

24      foreclosure sale to be conducted, in accordance with the following:

25

26      (1) If the Debtor desires to pursue conversion of the case to a chapter 11 proceeding

27      and to file a plan of reorganization, the Debtor shall file with the clerk of this court

28      a supplemental opposition to the EMERGENCY MOTION FOR ORDER

785256.1 | 040401-0001

2

1   TERMINATING AUTOMATIC STAY PURSUANT TO STIPULATION filed by

2   the Bank on December 7, 2010 ("Motion"), together with such other papers as are

3   appropriate under the circumstances, at or before 5 p.m. on December 17, 2010

4   (together, "Supplemental Opposition").

5

6   (2) If the Supplemental Opposition is not timely filed, the Bank may file a

7   declaration to that effect, and the order lodged as Exhibit 1 to the Motion (granting

8   full relief from the automatic stay), shall forthwith be issued by the Court and the

9   foreclosure sale contemplated thereby may take place at any time on or after

10  December 30, 2010, in accordance with applicable non-bankruptcy law.

11      7.     I have reviewed the Docket of the above-captioned case using PACER system.  No

12  Supplemental Opposition has been filed.  Attached hereto as Exhibit 1 is a duplicate copy of

13  Exhibit 1 to the Motion, the order terminating the automatic stay ("Stay Termination Order").

14  Bank of America requests that the Stay Termination Order be entered forthwith and that the

15  hearing on December 28, 2010 be vacated.

16      I declare under penalty of perjury under the laws of the United States of America that the

17  foregoing is true and correct and that this declaration was signed by me on December 20, 2010.

18

19

20

21                                         KENNETH N. RUSSAK

22

23

24

25

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kenneth N. Russak (State Bar No. 107283)<br>krussak@frandzel.com<br>Joy E. Mason (State Bar No. 215056)<br>jmason@frandzel.com<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>6500 Wilshire Boulevard<br>Seventeenth Floor<br>Los Angeles, California  90048-4920<br>Telephone: (323) 852-1000<br>Facsimile: (323) 651-2577<br><br>☒ *Attorney for Movant Bank of America, N.A.*<br>☐ *Movant(s) appearing without attorney* | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY  DIVISION

| In re:<br><br>BROCKMAN BUILDING LOFTS, LLC | CASE NO.: 1:09-bk-13713 KT<br>CHAPTER: 7 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** |
| Debtor(s). | DATE:<br>TIME:<br>COURTROOM: 301<br>PLACE: 21041 Burbank Boulevard<br>        Woodland Hills, CA 91367 |

**MOVANT:** BANK OF AMERICA, N.A.

1.  The Motion was:  ☐ Opposed      ☐ Unopposed      ☒ Settled by stipulation

2.  The Motion affects the following real property ("Property"):

> *Street Address:*      520 West Seventh Street
> *Unit Number:*
> *City, State, Zip Code:*   Los Angeles, California 90014

Legal description or document recording number (including county of recording):
LOT 1 OF TRACT NO. 60984, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1327 PAGES 22 AND 23 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY

☐ See attached page.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                Page 1                                F 4001-1.ORDER.RP

3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant shall not conduct a foreclosure sale before the following date (specify): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
   b. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-10-ER).
   d. ☒ See attached continuation page for additional provisions.


DATED: _____

                                          _____
                                          United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                          Page 2                          F 4001-1.ORDER.RP

# ADDITIONAL PROVISIONS ATTACHMENT

*(This Attachment is the continuation page for Paragraph 10 (d) of the Order on the Motion.)*

10(d).  The benefits of the stipulation pursuant to which this Order was entered and the benefits of this Order inure to the benefit of the successors and assigns of Bank of America, N.A., including without limitation Wickliffe A, a Virginia corporation.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page 3                                    **F 4001-1.ORDER.RP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 6500 Wilshire Blvd., 17th Floor, Los Angeles, CA  90048

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____12/20/10_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Amy L Goldman     stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
- Varand Gourjian     vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Carl Grumer     cgrumer@manatt.com
- Ileana M Hernandez     ihernandez@manatt.com
- Robert A Hessling     rhessling@dgdk.com
- Robbin L Itkin     ritkin@steptoe.com
- Matthew F Kennedy     mkennedy@dgdk.com
- Mette H Kurth     kurth.mette@arentfox.com
- Joy E Mason     jmason@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kenneth N Russak     krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Evan D Smiley     esmiley@wgllp.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- William E Winfield     wwinfield@nchc.com

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____12/20/10_____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT MAIL

Honorable Kathleen Thompson
USBC
Courtroom 301
21041 Burbank Blvd.
Woodland Hills, CA  91367

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                      Page 5                              **F 4001-1.ORDER.RP**

person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/20/10 | Linda Tokubo | /s/ Linda Tokubo |
|----------|--------------|------------------|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                        Page 5                                        F 4001-1.ORDER.RP

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Carl Grumer    cgrumer@manatt.com
- Ileana M Hernandez    ihernandez@manatt.com
- Robert A Hessling    rhessling@dgdk.com
- Robbin L Itkin    ritkin@steptoe.com
- Matthew F Kennedy    mkennedy@dgdk.com
- Mette H Kurth    kurth.mette@arentfox.com
- Joy E Mason    jmason@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Evan D Smiley    esmiley@wgllp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- William E Winfield    wwinfield@nchc.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                    Page 6                                    **F 4001-1.ORDER.RP**

| In re:<br>BROCKMAN BUILDING LOFTS, LLC | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-13713-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 6500 Wilshire Blvd., 17th Floor, Los Angeles, CA 90048

A true and correct copy of the foregoing document described as <u>DECLARATION OF KENNETH N. RUSSAK REGARDING ABSENCE OF SUPPLEMENTAL OPPOSITION TO MOTION TO APPROVE STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/20/10_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/20/10_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
VIA OVERNIGHT MAIL
Honorable Kathleen Thompson
USBC
21041 Burbank Blvd., Courtroom 301
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/20/10 | Linda Tokubo | /s/ Linda Tokubo |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>BROCKMAN BUILDING LOFTS, LLC | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-13713-KT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

- Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Carl Grumer    cgrumer@manatt.com
- Ileana M Hernandez    ihernandez@manatt.com
- Robert A Hessling    rhessling@dgdk.com
- Robbin L Itkin    ritkin@steptoe.com
- Matthew F Kennedy    mkennedy@dgdk.com
- Mette H Kurth    kurth.mette@arentfox.com
- Joy E Mason    jmason@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Evan D Smiley    esmiley@wgllp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- William E Winfield    wwinfield@nchc.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1