MANATT, PHELPS & PHILLIPS, LLP
CARL L. GRUMER (Bar No. CA 066045)
HARVEY L. ROCHMAN (Bar No. CA 162751)
ILEANA M. HERNANDEZ (Bar No. CA 198906)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Appellant/Creditor
Thermo Grand Avenue, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>BROCKMAN BUILDING LOFTS, LLC,<br><br>Debtor. | Case No. 1:09-13713-KT<br><br>Chapter Number: 7<br><br>**NOTICE OF CROSS-APPEAL**<br><br>[Honorable Kathleen Thompson] |

1    NOTICE IS HEREBY GIVEN that Appellant and Creditor Thermo
2    Grand Avenue, LLC ("Thermo Grand"), Cross-appeals from the Order Authorizing
3    Trustee to Assume and Assign Parking Lot Lease (the "Order") of the Honorable
4    Kathleen Thompson, entered in this bankruptcy case on November 17, 2009.  A
5    true and correct copy of the Order is attached hereto as Exhibit "1" and
6    incorporated herein by this reference.
7         The Bankruptcy Appellate Panel has previously held the Order to be
8    not final and not appealable.  Nevertheless, Appellant Bank of America, N.A. has
9    filed a Notice of Appeal from a portion of the Order.  Out of an abundance of
10   caution, Thermo Grand therefore files this Notice of Cross-Appeal, in the event that
11   the Order is determined to be final.
12        The names of all parties to the Order appealed from and the names,
13   addresses, and telephone numbers of their respective attorneys are as follows:
14        <u>Cross-Appellant</u>:   Thermo Grand Avenue, LLC
15        Attorneys:   Carl Grumer, Manatt, Phelps & Phillips, LLP, 11355
16               West Olympic Boulevard, Los Angeles, California
17               90064, Telephone (310) 312-4000.
18        <u>Cross-Respondent</u>: Amy L. Goldman, Chapter 7 Trustee
19        Attorneys:   Robert Hessling and Matthew Kennedy, Danning Gill
20               Diamond & Kollitz, LLP, 2029 Century Park East, 3rd
21               Floor, Los Angeles, California 90067-2904, Telephone
22               (310) 277-0077.
23        <u>Cross-Respondent</u>: Bank of America, N.A.
24        Attorneys:   Kenneth N. Russak, Frandzel Robins Bloom & Csato,
25               L.C., 6500 Wilshire Boulevard, 17th Floor, Los Angeles,
26               California 90048-4920, Telephone (323) 852-1000.
27        <u>Third Party</u>: BHFC Operating, LLC
28        Attorneys:   Robin L. Itkin, Steptoe & Johnson, 2121 Avenue of the

1 Stars, Suite 2800, Los Angeles, California 90067,
2 Telephone (310) 734-3272.
3 <u>Third Party/Debtor</u>:  Brockman Building Lofts, LLC
4 Attorneys:  Evan D. Smiley, Weiland, Golden, Smiley, Wang Ekvall
5 & Strok, LLP, 650 Town Center Drive, Suite 950, Costa
6 Mesa, California 92626, Telephone (714) 966-1000.

Dated: December 20, 2010        MANATT, PHELPS & PHILLIPS, LLP
                                Carl L. Grumer


                                By: /s/ Carl Grumer
                                    Carl L. Grumer
                                    *Attorneys for Appellant/Creditor*
                                    THERMO GRAND AVENUE, LLC

300191464.1

# EXHIBIT 1

FILED & ENTERED

NOV 17 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

1  Kenneth N. Russak (state Bar No. 107283)
2  Laine Mervis (State Bar No. 223235)
   Michael J. Gomez (State Bar No. 251571)
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard
4  Seventeenth Floor
   Los Angeles, California 90048-4920
5  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577

6  Attorneys for Bank of America, N.A.,
7  successor by merger to Countrywide Bank, FSB

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re

BROCKMAN BUILDING LOFTS, LLC,

     Debtor.

CASE No. 1:09-13713-KT

Chapter 7

Hon. Kathleen Thompson

**ORDER AUTHORIZING TRUSTEE TO ASSUME AND ASSIGN PARKING LOT LEASE**

DATE: October 13, 2009
TIME: 11:00 a.m.
CTRM: 301

On the above date, and at the above time and place, before the Honorable Kathleen Thompson, United States Bankruptcy Judge, a hearing was held on the "Motion of Trustee for Order: (1) Authorizing the Trustee to Assume and Assign Parking Lot Lease, etc." (the "Motion") (Court's Docket No. 29), filed by Amy L. Goldman, the Chapter 7 Trustee (the "Trustee") for Brockman Building Lofts, LLC (the "Debtor"). Parties appeared as noted on the record of the hearing.

The Court has considered the moving papers filed by the Trustee, the opposition papers (the "Opposition") filed by Thermo Grand Avenue, LLC (together with its successors and assigns,

638055.8 | 100298-0002                    i

4

1  "Thermo Grand"), the reply and joinder papers filed by the Trustee, by Bank of America, N.A.,
2  successor by merger to Countrywide Bank, FSB, ("BofA") and by BHFC Operating, LLC
3  ("BHFC") (which is not a party to or liable under the Subject Lease), the declarations, evidence
4  and other papers submitted in connection with the foregoing, all other papers and evidence
5  submitted in connection with the Motion, and the arguments and representations of counsel at the
6  hearing on the Motion; and the Court hereby finds that the Trustee has met her burden of proof on
7  each of the elements of 11 U.S.C. § 365(b) with respect to the lease which is the subject of the
8  Motion ("Subject Lease"), provided, however, that except as provided in this sentence, neither that
9  finding nor any of the other findings or provisions of this Order will be binding on Thermo Grand
10 or preclude, under the doctrines of issue preclusion, claim preclusion or the like, Thermo Grand or
11 its successors and assigns, from asserting any claim or contention against any entity (as "entity" is
12 defined in 11 U.S.C. § 101) (each such entity a "Third Party") which is not one or more of the
13 following: (a) the Trustee, (b) the estate in this case, (c) BofA, (d) Wickliffe A, a Virginia
14 corporation ("Wickliffe") or their respective successors and assigns ("Primary Parties").
15     With binding effect only as between Thermo Grand on the one hand, and the Primary
16 Parties on the other hand, this Court hereby finds as follows: (A) under Section 365(b)(1)(A), any
17 default under the Subject Lease which has heretofore occurred is waived with respect only to, and
18 therefore need not be cured by any of, the Primary Parties; (B) under Section 365(b)(1)(B), the
19 Lessor is not and shall not in the future be entitled to compensation from any of the Primary
20 Parties for any losses which the Lessor may have sustained as a result of any prior default under
21 the Subject Lease and (C) under section 365(b)(1)(C), there is adequate assurance of future
22 performance of the Subject Lease. Notwithstanding the foregoing, the Court makes no finding
23 whether the Subject Lease terminated prior to the Petition Date. As noted on the record of the
24 hearing, Thermo Grand has waived its right to appeal from this order solely on the ground of the
25 failure of the Court to make a finding regarding termination of the Subject Lease, but reserves all
26 other grounds for appeal.
27     NOW, THEREFORE, IT IS HEREBY ORDERED as follows:
28     1.   Each of the objections raised in the Opposition are overruled, with the exception of

638055.8 | 100298-0002                                ii

1. the question of the pre-petition termination of the Subject Lease, as to which the Court makes no finding. Thermo Grand has effectively waived its right to appeal from this Order solely on the ground that the Court has not resolved the question whether the Subject Lease was terminated but reserves all other grounds for appeal and, therefore, the Motion is GRANTED to the extent provided herein.

2. The Trustee is authorized to assume the Subject Lease and to assign the Subject Lease to Wickliffe and the Trustee's assumption of same shall be deemed to have occurred concurrently with the entry of this Order.

3. All breaches, if any, of the Subject Lease which occurred prior to the date of this Order need not be cured by the Primary Parties and Thermo Grand is not, and shall not be entitled to, compensation from any of the Primary Parties for any losses it may have suffered as a result of any prior breaches, if any, of the Subject Lease; provided, however, that Thermo Grand's rights against Third Parties, if any, to such compensation are preserved.

4. If a court of competent jurisdiction in an appropriate proceeding ("Proceeding") in which Wickliffe and Thermo Grand are parties hereafter determines that, prior to the date this chapter 7 case was commenced, the Subject Lease was terminated and that the Trustee is not entitled to relief from such termination under the doctrine of equitable relief from forfeiture, the effect of those determinations, notwithstanding any contrary provision of this Order, shall be as follows:

(a) Subject to the provisions of subsection (b) of this Section 4, Thermo Grand, on the one hand, and the Primary Parties, on the other hand, shall have no rights or claims against one another under the Subject Lease and shall have no duties or obligations to one another under the Subject Lease; and

(b) The questions whether, notwithstanding that determination, Thermo Grand has any right to the payment of rent or other compensation from Wickliffe for the period of possession by Wickliffe of the parking spaces that were the subject of the Subject Lease prior to the date of such determination and, if not, whether Wickliffe has a right to recover rent it may have paid to Thermo Grand under the Subject Lease for such period, or other compensation, shall be

1  determined in the same Proceeding; and the parties' contentions, claims and defenses with respect
2  to those questions, are fully preserved .
3        ###

DATED: November 17, 2009

*Kathleen Thompson*
United States Bankruptcy Judge

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

638055.8 | 100298-0002          iv

1  SUBMITTED BY:

2  FRANDZEL ROBINS BLOOM & CSATO, L.C.

3

4  By: /S/ KENNETH N. RUSSAK

5  KENNETH N. RUSSAK
   Attorneys for Bank of America, N.A.

6

7  APPROVED AS TO FORM:

8  MANNATT, PHELPS & PHILLIPS, LLP

9

10     Signed as demonstrated in the *Notice of Lodgment*
11     *of Order Authorizing Trustee to Assume and*
       *Assign Parking Lot Lease* [Court's Document No.
12  By: 64]
   CARL L. GRUMER
13 Attorneys for Lessor THERMO GRAND AVENUE,
14 LLC

15 DANNING, GILL, DIAMOND & KOLLITZ, LLP

16

17

18     Signed as demonstrated in the *Notice of Lodgment*
       *of Order Authorizing Trustee to Assume and*
19     *Assign Parking Lot Lease* [Court's Document No.
   By: 64]
20 GEORGE E. SCHULMAN
   Attorneys for Chapter 7 Trustee, Amy L. Goldman
21

22 STEPTOE & JOHNSON LLP

23

24
       Signed as demonstrated in the *Notice of Lodgment*
25     *of Order Authorizing Trustee to Assume and*
       *Assign Parking Lot Lease* [Court's Document No.
26 By: 64]
27 ROBBIN L. ITKIN
   Attorneys for BHFC Operating, LLC
28

638055.8 | 100298-0002                   v

| In re:<br>BROCKMAN BUILDING LOFTS, INC.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 09-13713-KT |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as **Order Authorizing Trustee to Assume and Assign parking Lot Lease** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 10, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **November 10, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 10, 2009 | Sandra Young King | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

9

| In re: | |
|---|---|
| BROCKMAN BUILDING LOFTS, LLC | CHAPTER: 7 |
| Debtor(s). | CASE NUMBER: 09-13713-KT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
   Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
   Carl Grumer    cgrumer@manatt.com
   Robert A Hessling    rhessling@dgdk.com
   Robin L Itkin    ritkin@steptoe.com
   Matthew F Kennedy    mkennedy@dgdk.com
   Mette H Kurth    kurth.mette@arentfox.com
   Kenneth N Russak    krussak@frandzel.com
   Evan D Smiley    esmiley@wgllp.com
   United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OVER OVERNIGHT MAIL (indicate method for each person or entity served):**

Brockman Building Lofts, LLC                    Via United States Mail
12121 Wilshire Boulevard, Suite 214
Los Angeles, CA 90025

Kenneth B. Roelke & Associates                  Via United States Mail
2355 Westwood Boulevard, suite 403
Los Angeles, CA 90064

Honorable KatheleenThompson                     Via Overnight Mail
Judge of the United States Bankruptcy Court
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re:<br><br>BROCKMAN BUILDING LOFTS, LLC<br><br>Debtor(s). | CHAPTER:   7<br><br>CASE NUMBER:   09-13713-KT |
|---|---|

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING TRUSTEE TO ASSUME AND ASSIGN PARKING LOT LEASE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: | | CHAPTER: 7 |
|---|---|---|
| BROCKMAN BUILDING LOFTS, INC. | Debtor(s). | CASE NUMBER: 09-13713-KT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
   Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
   Carl Grumer    cgrumer@manatt.com
   Robert A Hessling    rhessling@dgdk.com
   Robin L Itkin    ritkin@steptoe.com
   Matthew F Kennedy    mkennedy@dgdk.com
   Mette H Kurth    kurth.mette@arentfox.com
   Kenneth N Russak    krussak@frandzel.com
   Evan D Smiley    esmiley@wgllp.com
   United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OVER OVERNIGHT MAIL (indicate method for each person or entity served):**

   Brockman Building Lofts, LLC                    Via United States Mail
   12121 Wilshire Boulevard, Suite 214
   Los Angeles, CA 90025

   Kenneth B. Roelke & Associates                  Via United States Mail
   2355 Westwood Boulevard, Suite 403
   Los Angeles, CA 90064

   Honorable Katheleen Thompson                    Via Overnight Mail
   Judge of the United States Bankruptcy Court
   United States Bankruptcy Court
   21041 Burbank Boulevard, Suite 305
   Woodland Hills, CA 91367

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 9013-3.1

| In re: | | CHAPTER 7 |
|---|---|---|
| BROCKMAN BUILDING LOFTS, INC. | Debtor(s). | CASE NUMBER: 09-13713-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11355 West Olympic Boulevard, Los Angeles, CA 90064.

A true and correct copy of the foregoing document described **NOTICE OF CROSS-APPEAL**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 20, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **December 20, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 20, 2010 | BEATRICE RUIZ | _/s/ Beatrice Ruiz_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: | CHAPTER 7 |
|---|---|
| BROCKMAN BUILDING LOFTS, INC. Debtor(s). | CASE NUMBER: 09-13713-KT |

**ADDITIONAL SERVICE INFORMATION (If needed):**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
|---|---|
| Amy L. Goldman | stern@lbbslaw.com, agoldman@ecf.epiqsystems.com |
| Robert A. Hessling | rhessling@dgdk.com |
| Robin L. Itkin | ritkin@steptoe.com |
| Matthew F. Kennedy | mkennedy@dgdk.com |
| Mette H. Kurth | kurth.mette@arentfox.com |
| Kenneth N. Russak | krussak@frandzel.com; banderson@frandzel.com; efiling@frandzel.com |
| Evan D. Smiley | esmiley@wgllp.com |
| U.S. Trustee | ustpregion16.wh.ecf@usdoj.gov |

II. **SERVED BY U.S. MAIL, OVERNIGHT MAIL (Indicate method for each person or entity served)**

(By U.S. Mail)
Brockman Building Lofts, LLC
12121 Wilshire Boulevard, Suite 403
Los Angeles, CA 90025

(By Overnight Mail)
Honorable Kathleen Thompson
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367

300191579.1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

14