| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kenneth N. Russak (State Bar No. 107283)<br>krussak@frandzel.com<br>Joy E. Mason (State Bar No. 215056)<br>jmason@frandzel.com<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>6500 Wilshire Boulevard<br>Seventeenth Floor<br>Los Angeles, California 90048-4920<br>Telephone: (323) 852-1000<br>Facsimile: (323) 651-2577<br><br>☒ Attorney for Movant Bank of America, N.A.<br>☐ Movant(s) appearing without attorney | **FILED & ENTERED**<br><br>**DEC 22 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY harraway DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>BROCKMAN BUILDING LOFTS, LLC<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:09-bk-13713 KT<br><br>CHAPTER: 7 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** |
| | DATE:<br>TIME:<br>COURTROOM: 301<br>PLACE: 21041 Burbank Boulevard<br>            Woodland Hills, CA 91367 |

**MOVANT:** BANK OF AMERICA, N.A.

1. The Motion was:   ☐ Opposed        ☐ Unopposed        ☒ Settled by stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address:*        520 West Seventh Street
   *Unit Number:*
   *City, State, Zip Code:*   Los Angeles, California 90014

   Legal description or document recording number (including county of recording):
   LOT 1 OF TRACT NO. 60984, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1327 PAGES 22 AND 23 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY

   ☐ See attached page.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                    Page 1                                    F 4001-1.ORDER.RP

3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant shall not conduct a foreclosure sale before the following date (specify): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
    b. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-10-ER).
    d. ☒ See attached continuation page for additional provisions.

###

DATED: December 22, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 2    **F 4001-1.ORDER.RP**

## ADDITIONAL PROVISIONS ATTACHMENT

*(This Attachment is the continuation page for Paragraph 10 (d) of the Order on the Motion.)*

10(d).  The benefits of the stipulation pursuant to which this Order was entered and the benefits of this Order inure to the benefit of the successors and assigns of Bank of America, N.A., including without limitation Wickliffe A, a Virginia corporation.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*  Page 3  **F 4001-1.ORDER.RP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

6500 Wilshire Blvd., 17th Floor, Los Angeles, CA  90048

A true and correct copy of the foregoing document described as **ORDER**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  December 7, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

SEE ATTACHED LIST

      x    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 7, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED LIST

    ☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  December 7, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Kathleen Thompson
USBC
Dept. 301
21041 Burbank Blvd.
Woodland Hills, CA  91367-6603

    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/7/10 | Linda Tokubo | /s/ Linda Tokubo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010     Page 4     **F 4001-1.ORDER.RP**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Carl Grumer    cgrumer@manatt.com
- Ileana M Hernandez    ihernandez@manatt.com
- Robert A Hessling    rhessling@dgdk.com
- Robbin L Itkin    ritkin@steptoe.com
- Matthew F Kennedy    mkennedy@dgdk.com
- Mette H Kurth    kurth.mette@arentfox.com
- Joy E Mason    jmason@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Evan D Smiley    esmiley@wgllp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- William E Winfield    wwinfield@nchc.com


**II. SERVED BY U.S. MAIL**

Official Creditor's Committee for Norma
c/o Brian H. Kelley
Pacific Commerce Bank
420 E. Third Street
Los Angeles, CA 90013-1644

ABC Supply Co. Inc.
19105 S Figueroa
Gardena, CA 90248-4515

Abraham Iny
15910 Ventura Blvd., Suite 1729
Encino, CA 91436-2844

All Ways Flooring
12121 Wilshire Blvd., Suite 214
Los Angeles, CA 90025-1056

American Electric Supply Inc.
1872 Pomona Road
Corona, CA 92880-1778

Anderson Moulding
11266 Washington Place
Culver City, CA 90230-4622

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 5    **F 4001-1.ORDER.RP**

Archadel, Inc.
1859 W 169th Street #D
Gardena, CA 90247-5266

Atomic Pumping
PO Box 4033
West Hills, CA 91308-4033

Bielski Window and Masonry Cleaning
1200 Lance Lane
Anaheim, CA 92806-1812

Brockman Building Lofts, LLC
12121 Wilshire Blvd Ste 214
Los Angeles, CA 90025-1056

San Fernando Valley Division
21041 Burbank Blvd.
Woodland Hills, CA 91367-6606

AC Rebak Electric
c/o Jonathan B Cole/Jeol Gluzman Nemecek & Cole
15260 Ventura Blvd Ste 920
Sherman Oaks CA 91403-5399

Accord Electric Corporation
17852 Jamestown Lane
Huntington Beach, CA 92647-7135

All Ways Plumbing Service & Repair, Inc.
12961 Gladstone Ave
Sylmar CA 91342-4522

American Gunite
5042 Wilshire Blvd #496
Los Angeles, CA 90036-4305

Antonio Trujillo
1416 W 62nd Street
Los Angeles, CA 90047-1529

Arrow Tools, Fasteners & Saw
7635 Burnet Avenue
Van Nuys, CA 91405-1006

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                        Page 6                                        F 4001-1.ORDER.RP

BHFC Operating, LLC
9243 1/2 Doheny Road
West Hollywood, CA 90069-3175

Bowen Studios
577 S. 200 E #200
Salt Lake City, UT 84111-3665

Danning, Gill, Diamond & Kollitz LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2901

AAA Flag & Banner
2320 Westwood Blvd
Los Angeles, CA 90064-2110

ACCU-CUT
PO Box 409
Gardena, CA 90248-0409

Addison Pools, Inc.
10835 Magnolia Blvd
North Hollywood, CA 91601-3922

All Ways Plumbing, Inc.
18653 Horace Street
Northridge, CA 91326-2713

Andersen Commercial Plumbing, Inc.
190 E Arrow Highway #H
San Dimas, CA 91773-3314

Aranda's Woodcraft, Inc.
137 W 157th Street
Gardena, CA 90248-2225

Associated Ready Mixed Concrete
4621 Teller Avenue #130
Newport Beach, CA 92660-2165

Buchanan Co., Inc.
1016 E Edna Place
Covina, CA 91724-2411

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*     Page 7     **F 4001-1.ORDER.RP**

C2 Reprographics
3180 Pullman Street
Costa Mesa, CA 92626-3323

CRB Inspections, Inc.
PO Box 2384
Winnetka, CA 91396-2384

California Classic Tile Inc.
c/o Barry I. Gold Esq.
12011 San Vicente Blvd Ste 600
Los Angeles CA 90049-4948

Circulating Air, Inc.
7337 Varna Avenue
North Hollywood, CA 91605-4009
Construction Protective Services, Inc.
436 W Walnut Street
Gardena, CA 90248-3137

Countrywide Bank-Builder Finance Group
333 S. Hope Street, Suite H
Los Angeles, CA 90071-1406

Decorators' Choice Glass Installations
28309 Constellation Road
Valencia, CA 91355-5048

Elmco/Duddy
PO Box 3787
City of Industry, CA 91744-0787

Fire Safe Systems, Inc.
PO Box 1186
Redondo Beach, CA 90278-0186

GE Appliances
307 North Hurstbourne Pkwy
Louisville, KY 40222-8597

CA Franchise Tax Brd
Bankruptcy Section MS A340
POB 2952
Sacramento CA 95812-2952

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                   Page 8                                   **F 4001-1.ORDER.RP**

CS Drywall, Inc.
1935 McKinley Avenue #A
La Verne, CA 91750-5840

California Wholesale Material Supply
7330 South Crider Avenue
Pico Rivera, CA 90660-3706

Complete Drywall Interiors Bradley & Gmelich/Flock
700 N Brand Blvd 10th Fl
Glendale CA 91203-1202

Cord Media Company
P.O. Box 1208
Rancho Mirage, CA 92270-1053

Countrywide Financial
4500 Park Granada
Calabasas, CA 91302-1613

Edison Fire Extinguisher Co.
3621 Eagle Rock Blvd
Los Angeles, CA 90065-3622

Espinosa Parking Lot Services
PO Box 4433
West Covina, CA 91791-0433

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

GE Consumer & Industrial
Michael B Bach Esq
11256 Cornell Park Dr Ste 500
Cincinnati OH 45242-1832

CB Richard Ellis
11150 Santa Monica Blvd., Ste. 1600
Los Angeles, CA 90025-3385

California Classic Tile
PO Box 172
Pacific Palisades, CA 90272-0172

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010* Page 9 **F 4001-1.ORDER.RP**

Cananwill, Inc.
Department 7200
Los Angeles, CA 90088-7200

Complete Drywall Interiors, Inc.
26893 Bouquet Canyon Road #C
Santa Clarita, CA 91350-2374

Cordova Construction Services
PO Box 923250
Sylmar, CA 91392-3250

David Kegaries
333 S. Hope Street, 11th Floor
Los Angeles, CA 90071-1497

Eli Industries, Inc.
8928 Fullbright Avenue
Chatsworth, CA 91311-6123

Evapco West
1900 Almond Avenue
Madera, CA 93637-5208

Freedom Painting, Inc.
8822 Calmada Avenue
Whittier, CA 90605-2006

H & E Equipment Inc.
PO Box 849850
Dallas, TX 75284-9850

H & R Construction and Surfacing, Inc.
15216 Burbank Blvd, #201
Sherman Oaks, CA 91411-3561

Hanks Sheet Metal, Inc.
7607 Alondra Blvd
Paramount, CA 90723-4101

Howard Building Corporation
3184-K Airway Avenue
Costa Mesa, CA 92626-4619

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                    Page                                                    F 4001-1.ORDER.RP

Hydraulic Cranes LLC
10805 S Painter Avenue
Santa Fe Springs, CA 90670-4526

J & B Electronic Door Service, Inc
11704 Sheldon Street
Sun Valley, CA 91352-1505

Jones and Stokes Associates, Inc.
PO Box 7777 - W510501
Philadelphia, PA 19175-0501

Karcher Firestopping, Inc.
2300 E Orangewood Ave
Anaheim, CA 92806-6112

King Fence
708 Vesta Street
Inglewood, CA 90302-3317

Los Angeles City Office of Finance
 200 N. Spring Street, Room 101
Los Angeles, CA 90012-3224

Main Electric Supply Co.
6700 S Main Street
Los Angeles, CA 90003-1599

Hafele
3901 Cheyenne Dr
P.O. Box 4000
Archdale, NC 27263-4000

Harris Concrete Pumping
1230-5 Madera Rd, #168
Simi Valley, CA 93065-4046

Howard Industries
8855 Washington Blvd
Culver City, CA 90232-2323

Iacobellis & Associates, Inc.
11145 Tampa Avenue #15-B
Northridge, CA 91326-2280

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page                                    **F 4001-1.ORDER.RP**

Jensen Precast
14221 San Bernardino Avenue
Fontana, CA 92335-5232

Jones,Waldo,Holbrook & McDonough
PO Box 45444
Salt Lake City, UT 84145-0444

Kerco Inc.
15960 Downey Avenue #A
Paramount, CA 90723-5116

LA DWP
PO Box 10324
Van Nuys, CA 91410-0324

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Mary Kay Stout
1740 S Westgate Avenue #B
Los Angeles, CA 90025-3792

Hanan Rybak
1107 Princeton Avenue, #105
Santa Monica, CA 90403-4786

Historical Stones
500 Oak St, #109
Glendale, CA 91204-1145

Hub Construction Specialties, Inc.
379 South I Street
P.O. Box 1269
San Bernardino, CA 92402-1269

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA 19114-0326

Johannessen Trading Company
PO Box 22003
Los Angeles, CA 90022-0003

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                              Page                                              **F 4001-1.ORDER.RP**

K & S Air Conditioning, Inc.
143 E Meats Avenue
Orange, CA 92865-3309

Kete Bollenbach
10170 Cielo Drive
Beverly Hills, CA 90210-2037

Labor Finders
PO Box 1242
Poway, CA 92074-1242

Los Angeles Magazine
File #55469
Los Angeles, CA 90074-5469

Material Distributor Company
15150 Oxnard Street
Van Nuys, CA 91411-2614

McKee Communications Inc.
6381-A Rose Lane
Carpinteria, CA 93013-2945

National Ready Mixed Concrete Co.
15821 Ventura Blvd #475
Encino, CA 91436-2935

Pacific Wall Systems, Inc.
1150 N Richfield Road #A
Anaheim, CA 92807 -1862

Plaza Wholesale Electric, Inc.
5879 W Pico Blvd
Los Angeles, CA 90019-3717

RSI Professional Cabinet Solutions
11350 Riverside Drive
Mira Loma, CA 91752-3702

Renegade Flooring, Inc.
2200 Michigan Avenue #B
Santa Monica, CA 90404-3906

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                              Page                                              **F 4001-1.ORDER.RP**

Schindler Elevator Corporation
16450 Foothill Blvd #200
Sylmar, CA 91342-1088

Southland Commercial Interiors, Inc.
1240 N Jefferson Street #R
Anaheim, CA 92807 -1632

Srour & Associates, LLC
c/o Craig Weinstein, Esq.,
820 Manhattan Ave. Ste 203
Manhattan Beach CA 90266-5556

Structural Engineering Consultants, Inc.
25115 Avenue Stanford #B-125
Valencia, CA 91355-1290


Mid-West Wholesale Lighting
PO Box 27339
Los Angeles, CA 90027-0339

Orco Const Supply
477 N Canyons Pkwy #A
Livermore, CA 94551-9484

Paramount Scaffold Co.
16631 S Avalon Blvd
Carson, CA 90746-1008

Premiere Media Group
2943 Pullman Street #B
Santa Ana, CA 92705-5818

Reabak Hanan, Inc.
1107 Princeton Street #105
Santa Monica, CA 90403-4786

Robert C. Worth, Inc.
11635 Sheldon Street
Sun Valley, CA 91352-1504

Seems Plumbing Co.
5400 West Rosecrans Avenue
Hawthorne, CA 90250-6682

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                       Page                                       **F 4001-1.ORDER.RP**

Special Inspection Services, Inc.
12460 Euclid Street #100B
Garden Grove, CA 92840-3351

Stepstone, Inc.
17026 S Main Street
Gardena, CA 90248

SunState Equipment Company
PO Box 52581
Phoenix, AZ 85072-2581

Nathan's Glass & Mirror, Inc.
12750 Raymer Street Unit #1
North Hollywood, CA 91605-4226


Pacific High Reach
1605 N O'Donnell Way
Orange, CA 92867-3634

Peter Wilson
236 24th Street
Santa Monica, CA 90402-2516

Premiere Media Group
Herzlich & Blum
15760 Ventura Blvd Ste 2024
Encino CA 91436-3002

Reliable Graphics, Inc.
15013 Califa Street
Van Nuys, CA 91411-3003

San Fernando Marble & Granite
9803 San Fernando Road
Pacoima, CA 91331-2604

Shilpark Paint
1640 S Vermont Avenue
Los Angeles, CA 90006-4522

Srour & Associates
1001 6th Street #110
Manhattan Beach, CA 90266-6750

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                          Page                                          F 4001-1.ORDER.RP

Stock Building Supply
1209 File 59898
Los Angeles, CA 90074-9898

T Construction
20313 Hemmingway Street
Canoga Park, CA 91306-2246

Tahiti Cabinets Inc.
5419 E La Palma Avenue
Anaheim, CA 92807 -2022

The Salter Company, Inc.
1849 Sawtelle Blvd #600
Los Angeles, CA 90025-7013


Thermo Grand Avenue LLC
1735 Nineteenth Street
Denver, CO 80202-6001

United Rentals Northwest, Inc.
c/o Urtnowshi & Associates, PC
18301 Von Karman Ave Ste 200
Irvine, CA 92612-0107

United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550

VLA Engineering, Inc.
14407 Gilmore Street #204
Van Nuys, CA 91401-1400

Vigen Onany & Associates
PO Box 12311
Glendale, CA 91224-5311

Walters Wholesale Electric
22552 Shannon Circle
Lake Forest, CA 92630-1777

West Millennium Homes, Inc.
12121 Wilshire Blvd., Suite 214
Los Angeles, CA 90025-1056

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*      Page      **F 4001-1.ORDER.RP**

Wood Smith Henning & Berman, LLP
10960 Wilshire Blvd 18th Floor
Los Angeles, CA 90024-3804

The Bedrock Company
29404 Sunharbor Court
Lake Elsinore, CA 92530-7225

The Wren Group, Inc.
44 W Bellevue Dr #6
Pasadena, CA 91105-2546

Turner Aubert & Friedman, LLP
8383 Wilshire Blvd #510
Beverly Hills, CA 90211-2406


United Site Services of CA, Inc.
3408 Hillcap Avenue
San Jose, CA 95136-1306

United States Trustee - Woodland
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367-6550

Valley Power Systems, Inc.
425 S Hacienda Blvd
City of Industry, CA 91745-1123

Viking Insulation Co.
3014 Floyd Street
Burbank, CA 91504-2598

Weil Aquatronics, Inc.
115 E Palmer Avenue #C
Glendale, CA 91205-3186

White Cap Construction Supply
2975 Redhill Avenue # 100
Costa Mesa, CA 92626-1202

eStream
PO Box 3903
Laguna Hills, CA 92654-3903

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                        Page                                        **F 4001-1.ORDER.RP**

The Hartford
PO Box 2907
Hartford, CT 06104-2907

The Wright Paint Crew
42 Dudley Avenue #1
Venice, CA 90291-2460

United Rentals
450 Glass Lane #C
Modesto, CA 95356-9287

United States Aluminum Corporation
767 Monterey Pass Road
Monterey Park, CA 91754-3606

Universal Reprographics
2706 Wilshire Blvd
Los Angeles, CA 90057-3202

Vertical Systems 1
508 Cotner Avenue
Los Angeles, CA 90025-3303

WM Group West
11900 W Olympic Blvd #810
Los Angeles, CA 90064-1046

West Coast Door & Moulding
1211 Flynn Road #103
Camarillo, CA 93012-6208

Wolfpack Sign Group
1325 Grand Ave, #100
San Marcos, CA 92078-2451

Amy L Goldman (TR)
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012-2663

Evan D Smiley
Weiland, Golden, Smiley et al.
650 Town Center Dr Ste 950
Costa Mesa, CA 92626-7021

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                      Page                                      **F 4001-1.ORDER.RP**

Robert A Hessling
Danning Gill Diamond Kollitz, LLP
2029 Century Park East, Ste 1900
Los Angeles, CA 90067-3005

Varand Gourjian
GOURJIAN LAW GROUP
101 N. Brand Blvd., Ste. 1220
Glendale, CA 91203

Robbin L. Itkin
2121 Avenue of the Stars, Ste. 2800
Los Angeles, CA 90067

William E. Winfield
1000 Town Ctr. Dr., 6th Fl.
Oxnard, CA 93036
Carl Grumer
11355 W Olympic Blvd.
Los Angeles, CA 90064-1614

Official Creditor's Committee
for Norman J. Salter
c/o Brian H. Kelley
Pacific Commerce Bank
420 E. Third Street
Los Angeles, CA 90013

Mette H. Kurth
ARENT FOX LLP
555 W. Fifth St., 48th Fl.
Los Angeles, CA 90013

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page    **F 4001-1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Amy L Goldman    stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
- Varand Gourjian    vg@gourjianlaw.com, lala@gourjianlaw.com;naz@gourjianlaw.com;art@gourjianlaw.com
- Carl Grumer    cgrumer@manatt.com
- Ileana M Hernandez    ihernandez@manatt.com
- Robert A Hessling    rhessling@dgdk.com
- Robbin L Itkin    ritkin@steptoe.com
- Matthew F Kennedy    mkennedy@dgdk.com
- Mette H Kurth    kurth.mette@arentfox.com
- Joy E Mason    jmason@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Evan D Smiley    esmiley@wgllp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- William E Winfield    wwinfield@nchc.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page    **F 4001-1.ORDER.RP**