MANATT, PHELPS & PHILLIPS, LLP
CARL L. GRUMER (Bar No. CA 066045)
HARVEY L. ROCHMAN (Bar No. CA 162751)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Cross-Appellant*
Thermo Grand Avenue, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>BROCKMAN BUILDING LOFTS, LLC,<br><br>Debtor. | Case No. 1:09-13713-VK<br><br>Chapter Number: 7<br><br>**CROSS-APPELLANT'S STATEMENT OF ISSUES ON APPEAL**<br><br>[Honorable Victoria S. Kaufman]<br><br>(No hearing date) |

Cross-Appellant Thermo Grand Avenue, LLC hereby designates the following statement of issues on appeal, pursuant to Federal Rule of Bankruptcy Procedure 8006:

1.  Did the Bankruptcy Court err in approving the assumption and assignment of the Subject Lease, when there was undisputedly no benefit to the bankruptcy estate from such assumption and assignment?

2.  Did the Bankruptcy Court err in allowing the Trustee to use the Bankruptcy Code's provisions for overriding certain lease provisions otherwise enforceable by applicable law, for the sole benefit of a third party, and not for the benefit of the bankruptcy estate?

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

CROSS-APPELLANT'S
STATEMENT OF ISSUES ON APPEAL

3. May the Trustee's unique rights and powers under the Bankruptcy Code be exercised solely for the benefit of a third party?

4. Whether the Bankruptcy Court erred in finding that the Trustee made a sufficient showing of adequate assurance of future performance by the proposed assignee under the subject lease, when the moving papers did not even identify who the proposed assignee would be or whether it even yet existed?

5. Did the Bankruptcy Court err in finding that the Trustee had made a sufficient showing of adequate assurance of future performance by the proposed assignee, when there was no evidence in the record of the financial condition or operational capabilities of the proposed assignee?

Dated: January 13, 2011         MANATT, PHELPS & PHILLIPS, LLP
                                Carl L. Grumer


                                By:  /s/ Carl Grumer
                                     Carl L. Grumer
                                     *Attorneys for Cross-Appellant*
                                     THERMO GRAND AVENUE, LLC

300200762.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

CROSS-APPELLANT'S
STATEMENT OF ISSUES ON APPEAL

| In re:<br>BROCKMAN BUILDING LOFTS, INC.<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER: 09-13713-VK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11355 West Olympic Boulevard, Los Angeles, CA 90064.

A true and correct copy of the foregoing document described **CROSS-APPELLANT'S STATEMENT OF ISSUES ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 13, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **January 13, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 13, 2011 | BEATRICE RUIZ | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: BROCKMAN BUILDING LOFTS, INC. Debtor(s). | CHAPTER 7 CASE NUMBER: 09-13713-VK |
|---|---|

**ADDITIONAL SERVICE INFORMATION (If needed):**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
|---|---|
| Amy L. Goldman | stern@lbbslaw.com, agoldman@ecf.epiqsystems.com |
| Robert A. Hessling | rhessling@dgdk.com |
| Robin L. Itkin | ritkin@steptoe.com |
| Matthew F. Kennedy | mkennedy@dgdk.com |
| Mette H. Kurth | kurth.mette@arentfox.com |
| Kenneth N. Russak | krussak@frandzel.com; banderson@frandzel.com; efiling@frandzel.com |
| Evan D. Smiley | esmiley@wgllp.com |
| U.S. Trustee | ustpregion16.wh.ecf@usdoj.gov |
| Varand Gourjian | vg@gourjianlaw.com, lala@gourjianlaw.com; naz@gourjianlaw.com; art@gourjianlaw.com |
| Carl Grumer | cgrumer@manatt.com |
| Ileana Hernandez | ihernandez@manatt.com |
| Joy E. Mason | jmason@frandzel.com, efiling@frandzel.com; sking@frandezel.com |
| William E. Winfield | wwinfield@nchc.com |

II. **SERVED BY U.S. MAIL, OVERNIGHT MAIL (Indicate method for each person or entity served)**

(By U.S. Mail)
Brockman Building Lofts, LLC
12121 Wilshire Boulevard, Suite 403
Los Angeles, CA 90025

(By Overnight Mail)
Honorable Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367

300200870.1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1